FILED
2016 Feb-18 AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A



AlaFile E-Notice

68-CV-2016-900026.00

To: TARGET CORPORATION
AGENT: CT CORPORATION
2 N. JACKSON ST. STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

DERRICK FIELDS V. TARGET CORPORATION
68-CV-2016-900026.00

The following complaint was FILED on 1/12/2016 3:05:22 PM

Notice Date:    1/12/2016 3:05:22 PM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL 35020

205-497-8510
karen.burks@alacourt.gov

**DEFENDANT'S COPY**

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>68-CV-2016-900026.00 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
DERRICK FIELDS V. TARGET CORPORATION

NOTICE TO  TARGET CORPORATION, AGENT: CT CORPORATION 2 N. JACKSON ST. STE 605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JASON A. SHAMBLIN ESQUI

WHOSE ADDRESS IS 3595 Grandview Parkway, Suite 475, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☒ Service by certified mail of this summons is initiated upon the written request of  DERRICK FIELDS
pursuant to the Alabama Rules of the Civil Procedure

Date  1/12/2016 3:05:22 PM   /s/ KAREN DUNN BURKS

Clerk/Register
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL 35020

☒ Certified Mail is hereby requested

/s/ JASON A. SHAMBLIN ESQUI
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____ (Date)

Date                 Server's Signature              Address of Server

Type of Server       Server's Printed Name

                                                     Phone Number of Server

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>68-CV-201<br>Date of Filing:<br>01/12/2016 | ELECTRONICALLY FILED<br>1/12/2016 3:04 PM<br>68-CV-2016-900026.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>KAREN DUNN BURKS, CLERK |

## GENERAL INFORMATION

IN THE CIRCUIT OF JEFFERSON COUNTY, ALABAMA
**DERRICK FIELDS v. TARGET CORPORATION**

First Plaintiff:  ☐ Business   ☑ Individual        First Defendant:  ☑ Business   ☐ Individual
                 ☐ Government ☐ Other                                ☐ Government ☐ Other

**NATURE OF SUIT:**

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE – Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING        A ☐ APPEAL FROM DISTRICT COURT        O ☐ OTHER
              R ☐ REMANDED              T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ Yes   ☐ No

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**   SHA054        1/12/2016 3:04:17 PM        /s/ JASON A. SHAMBLIN ESQUI

**MEDIATION REQUESTED:**   ☐ Yes   ☐ No   ☑ Undecided

DOCUMENT 2



# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BESSEMER DIVISION

| | |
|---|---|
| **DERRICK FIELDS,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO:_____ |
| | ) |
| **TARGET CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

1. Plaintiff, Derrick Fields, is a resident of Jefferson County, Alabama and is over the age of 19 years.

2. Defendant, Target Corporation, is a Minnesota Corporation doing business in Jefferson County, Alabama within the Bessemer cut-off.

3. On or about October 5, 2015, Derrick Fields, while an invitee on the premises of Target Corporation located in the Promenade shopping center in McCalla, Alabama, slipped and fell and suffered serious injuries.

4. More specifically, Mr. Fields was walking in the pharmacy area of the Target store when he slipped on a foreign substance on the floor.

5. Mr. Fields' fall was the proximate result of the negligence of Target Corporation, in that, with actual knowledge that customers like Mr. Fields were on the premises, Target Corporation, by and through its employees, caused or allowed a foreign substance to remain on the floor, creating an unnecessary and unreasonably dangerous condition without any warning to Mr. Fields.

6. As proximate consequence of Target Corporation's negligence, Mr. Fields has suffered the following injuries and damages:

    a) Physical injuries to the body, including his knee;
    b) expenses for medical treatment, including surgery, rehabilitation and pain management;
    c) future medical care and expenses related thereto;
    d) physical pain and suffering;
    e) mental anguish and emotion distress;
    f) loss of earnings and the ability to work; and
    g) permanent impairment to the knee.

Wherefore, premises considered, Plaintiff demands judgment against the Defendant for compensatory damages in an amount to be determined by a struck jury, plus costs, interest and such other and further relief to which the Plaintiff may be entitled.

s/ Jason A. Shamblin
**JASON A. SHAMBLIN (SHA054)**
Attorney for Plaintiff

**OF COUNSEL:**
Allen & Shamblin, LLC
3595 Grandview Parkway Suite 475
Birmingham, AL 35243
P (205) 409-9630
F (205) 449-9590
jason@allenshamblinlaw.com

### PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY

s/ Jason A. Shamblin
OF COUNSEL

## PLAINTIFF'S ADDRESS

Derrick Fields
c/o Allen & Shamblin, LLC
3595 Grandview Parkway, Suite 475
Birmingham, AL 35243

## PLEASE SERVE DEFENDANT BY CERTIFIED MAIL

Target Corporation
Registered Agent: CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104



**KAREN DUNN BURKS**
CIRCUIT CLERK
P.O. BOX 1310
BESSEMER, ALABAMA 35021-1310



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7013 2250 0002 3002 2605

neopost
01/25/2016
US POSTAGE    $06.96⁰

ZIP 35020
041L11232483



36104382155

 **CT Corporation**

**Service of Process Transmittal**
01/28/2016
CT Log Number 528548392

**TO:** Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:** **Process Served in Alabama**

**FOR:** Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DERRICK FIELDS, Pltf. vs. Target Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | Notice, Summons, Cover Sheet, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Jefferson County Circuit Court Bessemer Division, AL<br>Case # 68CV201690002600 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - October 5, 2015 - Promenade shopping center in McCalla, Alabama |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Montgomery, AL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/28/2016 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Alabama |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | JASON A. SHAMBLIN<br>Allen & Shamblin, LLC<br>3595 Grandview Parkway Suite 475<br>Birmingham, AL 35243<br>205-409-9630 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/29/2016, Expected Purge Date: 02/03/2016<br><br>Image SOP<br><br>Email Notification, Non Employee Litigation Target gl.legal@target.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104 |
| **TELEPHONE:** | 212-590-9070 |

Page 1 of 1 / SB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**PREPARED FOR: DIEDRE HARBIN**

alacourt.com   County: **68**   Case Number: **CV-2016-900026.00**   Court Action:
Style: **DERRICK FIELDS V. TARGET CORPORATION**

Real Time

## Case

### Case Information
| | | |
|---|---|---|
| County: **68-JEFFERSON -** | Case Number: **CV-2016-900026.00** | Judge: **ERV:HON. EUGENE R. VERIN** |
| Style: **DERRICK FIELDS V. TARGET CORPORATION** | | |
| Filed: **01/12/2016** | Case Status: **ACTIVE** | Case Type: **OTHER CV CASE** |
| Trial Type: **JURY** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **1** | |

### Damages
| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action
| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: : | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments
Comment 1:
Comment 2:

### Appeal Information
| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information
| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **01/12/2016** | Updated By: **AJA** |

## Parties
### Party 1 - Plaintiff INDIVIDUAL - FIELDS DERRICK

#### Party Information
| | | | | |
|---|---|---|---|---|
| Party: **C001-Plaintiff** | Name: **FIELDS DERRICK** | | Type: **I-INDIVIDUAL** |
| Index: **D TARGET CORPO** | Alt Name: | Hardship: **No** | JID: **ERV** |
| Address 1: **C/O ALLEN & SHAMBLIN** | | Phone: **(205) 409-9630** | |

Case 2:16-cv-00276-AKK   Document 1-1   Filed 02/17/16   Page 11 of 12

| | |
|---|---|
| Address 2: | 3595 GRANDVIEW PARKWAY |
| City: | BIRMINGHAM   State: AL   Zip: 35243-0000   Country: US |
| SSN: | XXX-XX-X999   DOB:   Sex: M   Race: |

### Court Action
- Court Action:
- Amount of Judgement: $0.00
- Cost Against Party: $0.00
- Comment:
- Warrant Action Date:
- Court Action For:
- Other Cost: $0.00
- Warrant Action Status:
- Court Action Date:
- Exemptions:
- Date Satisfied:
- Arrest Date:
- Status Description:

### Service Information
- Issued:   Issued Type:   Reissue:   Reissue Type:
- Return:   Return Type:   Return:   Return Type:
- Served:   Service Type   Service On:   Served By:
- Answer:   Answer Type:   Notice of No Service:   Notice of No Answer:

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | SHA054 | | SHAMBLIN JASON ALAN | JASON@ALLENSHAMBLINLAW.COM | (205) 409-9630 |

## Party 2 - Defendant BUSINESS - TARGET CORPORATION

### Party Information
- Party: D001-Defendant   Name: TARGET CORPORATION   Type: B-BUSINESS
- Index: C FIELDS DERRI   Alt Name:   Hardship: No   JID: ERV
- Address 1: AGENT: CT CORPORATION   Phone: (205) 000-0000
- Address 2: 2 N. JACKSON ST. STE 605
- City: MONTGOMERY   State: AL   Zip: 36104-0000   Country: US
- SSN: XXX-XX-X999   DOB:   Sex:   Race:

### Court Action
- Court Action:
- Amount of Judgement: $0.00
- Cost Against Party: $0.00
- Comment:
- Warrant Action Date:
- Court Action For:
- Other Cost: $0.00
- Warrant Action Status:
- Court Action Date:
- Exemptions:
- Date Satisfied:
- Arrest Date:
- Status Description:

### Service Information
- Issued: 01/12/2016   Issued Type: C-CERTIFIED MAIL   Reissue:   Reissue Type:
- Return:   Return Type:   Return:   Return Type:
- Served: 01/28/2016   Service Type: C-CERTIFIED MAIL   Service On:   Served By:
- Answer:   Answer Type:   Notice of No Service:   Notice of No Answer:

© Alacourt.com   2/12/2016   2

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $6.96 | $6.96 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $18.49 | $18.49 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV06 | C001 | 000 | $309.00 | $309.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $479.45 | $479.45 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/12/2016 | CREDIT | CONV | 2016072 | 1857290 | $16.49 | C001 | 000 | | N | | | ALH |
| 01/12/2016 | RECEIPT | AOCC | 2016072 | 1857280 | $6.96 | C001 | 000 | | N | | | ALH |
| 01/12/2016 | RECEIPT | CV05 | 2016072 | 1857300 | $309.00 | C001 | 000 | | N | | | ALH |
| 01/12/2016 | RECEIPT | JDMD | 2016072 | 1857310 | $100.00 | C001 | 000 | | N | | | ALH |
| 01/12/2016 | RECEIPT | VADM | 2016072 | 1857320 | $45.00 | C001 | 000 | | N | | | ALH |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 1/12/2016 | 3:05 PM | FILE | FILED THIS DATE: 01/12/2016   (AV01) | AJA |
| 1/12/2016 | 3:05 PM | ASSJ | ASSIGNED TO JUDGE: HON. EUGENE R. VERIN   (AV01) | AJA |
| 1/12/2016 | 3:05 PM | TDMJ | JURY TRIAL REQUESTED   (AV01) | AJA |
| 1/12/2016 | 3:05 PM | ORIG | ORIGIN: INITIAL FILING   (AV01) | AJA |
| 1/12/2016 | 3:06 PM | C001 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 1/12/2016 | 3:06 PM | C001 | C001 E-ORDER FLAG SET TO "N"   (AV02) | AJA |
| 1/12/2016 | 3:06 PM | D001 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 1/12/2016 | 3:06 PM | D001 | D001 E-ORDER FLAG SET TO "N"   (AV02) | AJA |
| 2/9/2016 | 7:24 PM | D001 | SERVICE OF CERTIFIED MAI ON 01/26/2016 FOR D001 | ALH |

**END OF THE REPORT**